FILED
October 24, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>         Plaintiff,        )<br>v.                                         )<br>                                            )<br>David Bishop,                       )<br>                                            )<br>         Defendant.            ) | Case No.  2:07-mj-313 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  David Bishop  Case 2:07-mj-313 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_  Release on Personal Recognizance

- \_  Bail Posted in the Sum of _____

- X  Unsecured bond in the amount of $100,000 to be co-signed defendant's wife and to be replaced by a secured bond secured by the equity in defendant's real property.

- \_  Appearance Bond with 10% Deposit

- \_  Appearance Bond secured by Real Property

- \_  Corporate Surety Bail Bond

- X  (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 10/25/07 at 3 p.m..

By _____
Kimberly J. Mueller,
United States Magistrate Judge